IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CV-00168-M

ANNAMAYO GYONGYOS BOWMAN,　　　　)
　　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　ORDER
　　　　　　　　　　　　　　　　　　)
KILOLO KIJAKAZI,　　　　　　　　　 )
Acting Commissioner of Social Security,　)
　　　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　　　)

This matter comes before the court on Plaintiff's Motion for Judgment on the Pleadings [DE 17] and Defendant's Motion for Remand to the Social Security Commissioner [DE 21]. Plaintiff's counsel consented to the Defendant's Motion for Remand. Defendant's motion is therefore GRANTED.

Accordingly, for good cause shown, the court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 21st day of April, 2022.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE