IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CV-00168-M

| | | |
|---|---|---|
| ANNAMAYO BOWMAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| KILOLO KIJAKAZI,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's consent motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). DE 24. The parties have agreed that the Commissioner of Social Security should pay the sum of $3857.03, in full and final settlement of all claims arising under the EAJA. Pursuant to the EAJA, and in light of this court's order and judgment dated April 22, 2022,

IT IS ORDERED that the United States Social Security Administration pay attorney's fees in the amount of $3857.03, in full satisfaction of any and all claims Plaintiff may have in this case under the EAJA.

Further, pursuant to the Supreme Court's ruling in *Astrue v. Ratliff*, 560 U.S. 586 (2010), these attorney's fees are payable to Plaintiff as the prevailing party and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the United States government. If the award to Plaintiff is not subject to the offset program, payment will be made by check payable to Plaintiff's counsel, George C. Piemonte of

Martin, Jones, and Piemonte, and mailed to his office at 4601 Charlotte Park Drive, Suite 390, Charlotte, NC 28217, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

SO ORDERED this 21st day of July, 2022.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE