UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANNAMAYO BOWMAN,<br><br>         Plaintiff<br><br>vs.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>         Defendant. | **JUDGMENT**<br>**CASE NO. 5:21-CV-168-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's order entered at Docket Entry #28, the United States Social Security Administration shall pay attorney's fees in the amount of $3,857.03, in full satisfaction of any and all claims Plaintiff may have in this case under the EAJA. If the award to Plaintiff is not subject to the offset program, payment will be made by check payable to Plaintiff's counsel; George C. Piemonte of Martin, Jones, and Piemonte, and mailed to his office at 4601 Charlotte Park Drive, Suite 390, Charlotte, NC 28217, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

<u>This Judgment filed and entered on July 21, 2022, and copies to:</u>
All counsel of record as listed in this matter (via CM/ECF electronic notification)

July 21, 2022

Peter A. Moore, Jr.
Clerk of Court

By: *Susan K. Edwards*
Deputy Clerk